UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case No.: 09-21141-CV-HUCK/WHITE
Criminal Case No.: 07-20065-CR-HUCK

PHILLIP TAYLOR

    Movant,

vs.

UNITED STATES OF AMERICA

    Respondent.
_____/



CLOSED CIVIL CASE

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause comes before the Court upon Petitioner's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (D.E. #1) filed April 29, 2009. On November 6, 2009, Judge Patrick A. White, United States Magistrate Judge, issued a thoughtful and thorough Report and Recommendation (D.E. #15), recommending that the Court deny the Motion without an evidentiary hearing.

The Movant has not objected to the Report and Recommendation. Accordingly, he is not challenging the factual findings contained in the Report and Recommendation. The Court has independently reviewed the Report and Recommendation and the record. Being so advised in the premises, the Court adopts the findings of fact and conclusions as in the report. Accordingly, it is hereby

ORDERED and ADJUDGED that Petitioner's Motion is denied, the Report is adopted, and the clerk shall close the case. Because the Court finds that the Movant has not made a substantial showing of a denial of a constitutional right, it is further ORDERED and ADJUDGED that a Certificate of Appealability shall not issue.

DONE Chambers, Miami, Florida, November 30, 2009.

PAUL C. HUCK
United States District Judge

**Copies Furnished To:**
Magistrate Judge Patrick A. White
All Counsel of Record